**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6993**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

    v.

WILLIAM TEEK BRIM, JR.,

             Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  James A. Beaty, Jr., Chief District Judge.  (1:07-cr-00247-JAB-1)

Submitted:  October 18, 2012        Decided:  November 2, 2012

Before NIEMEYER, GREGORY, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Teek Brim, Jr., Appellant Pro Se.  Robert Michael Hamilton, Assistant United States Attorney, Randall Stuart Galyon, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Teek Brim, Jr., appeals the district court's order denying his motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Brim, No. 1:07-cr-00247-JAB-1 (M.D.N.C. May 21, 2012). We deny Brim's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED